**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARJORIE BONGAARTS<br>Plaintiff,<br>v.<br>COUNTY OF SHASTA, et al.,<br>Defendants. | No. 2:26-cv-2943-DJC-ICD<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Before the Court is Plaintiff's motion, ECF No. 3, for leave to utilize the Court's Electronic Case Filing (ECF) system.

This Court finds that Plaintiff has met the requirements for access to the Court's ECF system under the Eastern District of California's Local Rules.

Under Local Rule 133(b)(3), requests to use electronic filings as an exception from the Rules "shall be submitted as stipulations as provided in Local Rule 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception." E.D. Cal. L.R. 133(b)(3). While no stipulation has been submitted, because defendants have not yet been served and there are over a dozen defendants, the Court concludes a stipulation is likely impractical. Plaintiff's motion to file electronically states that because there is a "lengthy" complaint and numerous defendants, electronic filing would reduce burdens and improve prompt delivery of documents. ECF No. 3. Plaintiff's representation as having an email account indicates Plaintiff's ability to utilize the ECF system.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request, ECF No. 3, is granted and Plaintiff may file documents electronically via the Court's ECF system.

Dated: September 25, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE